IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01862-DDD-KLM

**NEC Corporation**,

    Plaintiff,

    v.

**Gaia, Inc.**,

and

**Yoga International, LLC**,

    Defendants.

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff NEC Corporation hereby voluntarily dismisses <u>with prejudice</u> all of its claims against Defendants Gaia, Inc. and Yoga International, LLC, under Fed. R. Civ. P. 41(a). As Defendants have not served an answer or a motion for summary judgment in this action, Plaintiff's dismissal is proper under Fed. R. Civ. P. 41(a)(1)(A)(i) and this action is now dismissed <u>with prejudice</u> in its entirety.

                                                            Respectfully submitted,

Dated: January 30, 2023                                    */s/ Sarah J. Guske*
                                                            Sarah J. Guske
                                                           BAKER BOTTS L.L.P.
                                                           101 California Street, Suite 3200
                                                           San Francisco, CA 94111
                                                           Telephone: (415) 291-6200
                                                           Fax: (415) 291-6300
                                                           E-mail: Sarah.Guske@bakerbotts.com

Robert L. Maier
Jennifer C. Tempesta
Michael E. Knierim
Nick Palmieri
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2500
Fax: (212) 408-2501
E-mail: Robert.Maier@bakerbotts.com
E-mail: Jennifer.Tempesta@bakerbotts.com
E-mail: Michael.Knierim@bakerbotts.com
E-mail: Nick.Palmieri@bakerbotts.com

ATTORNEYS FOR PLAINTIFF NEC CORPORATION